NOT FOR PUBLICATION                                                      **CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALFRED OCHSNER and HOLLY OCHSNER, | **Hon. Dennis M. Cavanaugh** |
| Plaintiffs, | **ORDER** |
| v. | Civil Action No. 06-CV-0219 (DMC) |
| UNITED STATES OF AMERICA | |
| Defendant. | |

      This matter having come before the Court upon motion by the United States of America ("the Government") to dismiss the Complaint filed by Alfred and Holly Ochsner ("Plaintiffs") for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and this Court having carefully reviewed the submissions of the parties, and for the reasons set forth in the Court's Opinion issued on this same day,

    IT IS on this 2nd day of August, 2006,

    ORDERED that Defendant's motion to dismiss is **granted.**

                            S/ Dennis M. Cavanaugh
                              Dennis M. Cavanaugh, U.S.D.J.

Date:     August 2, 2006
Original:  Clerk's Office
cc:       All Counsel of Record